Gregory D. Phillips (4645)
Kevin A. Howard (4343)
HOWARD, PHILLIPS & ANDERSEN
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone:  (801) 366-7471

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PHILLIP M. ADAMS, an individual, and PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN GRIDER and BEVERLY GRIDER, individually and on behalf of those similarly situated, DEBORAH BARRETT, individually and on behalf of those similarly situated, MUZETTE ALVIS and CRAIG PLOKHOOY, individually and on behalf of those similarly situated, ALESIA BATISTE, individually and on behalf of those similarly situated, HAL LAPRAY, individually and on behalf of those similarly situated, PENNY SCHULTZ, individually and on behalf of those similarly situated, WILLIS FREEMAN MARTI, individually, THE REAUD LAW FIRM, an entity organized under the laws of Texas, WAYNE REAUD, an individual,  L. DEWAYNE LAYFIELD, an individual, BENCKENSTAIN & OXFORD, a Texas Limited Liability Partnership, and HUBERT OXFORD, III, an individual, OLEN KEN DODD, an individual, ORGAIN, BELL & TUCKER, a Texas Limitedly Liability Partnership, JACK P. CARROLL, an individual, C. KEITH KEBODEAUX, an | **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)**<br><br><br>Civil No. 2:08-cv-103<br><br>Judge Tena Campbell |

| | |
|---|---|
| individual, GILBERT I. LOW, an individual, GARY NEAL REGER, an individual, HERUM CRABTREE BROWN, an individual, G. KIP EDWARDS, an individual, and JOHN AND JANE DOES I THROUGH XX, individuals and entities of unknown origin,<br><br>Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiffs Phillip M. Adams and Phillip M. Adams & Associates, L.L.C. dismiss the above-captioned action without prejudice. No answer or motion for summary judgment has been filed.

DATED this __16th__ day of April 2008.

          HOWARD, PHILLIPS & ANDERSEN


          s/Gregory D. Phillips_____
          By: Gregory D. Phillips
          Attorneys for Plaintiffs